IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 NOV 23 PM 3:36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DERRICK W. OLIVER<br><br><br><br><br><br>Defendant(s). | Criminal No. 05-20095 Ml<br><br>(30-Day Continuance) |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the December, 2005, criminal rotation calendar, but is now RESET for Change of Plea Hrg. at 9:30 a.m. on Thursday, December 22, 2005, with trial to take place on the January, 2006, rotation calendar with the time excluded under the Speedy Trial Act through January 13, 2006. Agreed in open court at report date this 23rd day of November, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-28-05

77

SO ORDERED this 23rd day of November, 2005.

*[signature]*
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

*[signature]*
TONY R. ARVIN
Assistant United States Attorney

*[signature]*

*[signature]* Juni E. Ganguli

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:05-CR-20095 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT